IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | MISCELLANEOUS CASE |
| | : | |
| | : | |
| MISCELLANEOUS ASSETS SEIZED FROM | : | NO.  20-00071 |
| BILL OMAR CARRASQUILLO | : | |

**O R D E R**

AND NOW, this  17th  day of  July , 2020, upon consideration of the government's motion under 18 U.S.C. § 983(a)(3) to extend for 90 days the period of time to obtain an indictment or file a complaint seeking forfeiture of the above-listed property, this Court agrees with and adopts the findings of the Chief Judge regarding the impact of the COVID-19 crisis on this case, and for good cause shown, the motion is GRANTED.  The time period within which the government must obtain an indictment or file a complaint in this matter with regard to the claim filed by Bill Omar Carrasquillo is extended to October 16, 2020.

/s/Joel H. Slomsky, J.
Joel H. Slomsky, J.